[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
8/12/2021

JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEDRICK BOWES-NORTHERN
_________________________,

Plaintiff(s),

vs.

PHOENIX POLICE DEPARTMENT, ET-AL
_________________________,

Defendant(s).

**AMENDED**

Case No. 1:21-cv-04223

COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is SHEDRICK BOWES-NORTHERN.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, ______________________________, is
(name, badge number if known)

☐ an officer or official employed by PHOENIX POLICE DEPARTMENT;
(department or agency of government)

______________________________ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is PHOENIX POLICE DEPARTMENT. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about JUNE 7TH 1999, at approximately ____________ ☐ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of ____________

VILLAGE OF PHOENIX, in the County of COOK,

State of Illinois, at 15500 7TH AVE, PHOENIX, IL 60426,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

- ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with needed medical care;
- ☑ conspired together to violate one or more of plaintiff's civil rights;
- ☐ Other: SEE ATTACTMENTS

______________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):______________________________________________

______________________________________________

______________________________________________

______________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

**720 ILCS 5/12-14(a)(1)**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☑ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________________________

______________________________________________.

☐ Other: ______________________________________________.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I was wrongfully accused and arrested for rape when I was 14 by Phoenix Police department. Dolton police department picked me up from my job at the Dolton Expo in Dolton, IL. Dolton police refused to let me call my parents to notify them about me being arrested. Phoenix Police department claims I was never in their custody for this crime despite me having records showing otherwise. Cook County state attorney office claim they don't have any records of me being arrested. Porter County Sheriffs and Porter County prosecutors officers said it was ok for my mother to call me a rapist and pour water on me assaulting me violating me. Indiana children's services said it was ok for my mother to smoke in front of children and for my 9-year-old niece to call me a rapist and pour water on me. All defendants violated my civil rights, human rights, and they broke federal laws. Cook County prosecutors have a pattern for accusing Hebrew-American Judeans better known as African-Americans of rape. All defendants have violated my civil rights according to the United States Civil Rights laws.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Mentally, emotionally, spiritually, physically, homeless, emotional distress, depression, humiliation, and striped of my civil rights.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☑ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: [signature]

Plaintiff's name ***(print clearly or type)***: SHEDRICK BOWES-NORTHERN

Plaintiff's mailing address: 1101 CUMBERLAND CROSSING DRIVE

City VALPARAISO State IN ZIP 46363

Plaintiff's telephone number: (312) 292-1945.

Plaintiff's email address ***(if you prefer to be contacted by email)***: SHEDRICKCHILDREN@GMAIL.COM

15. Plaintiff has previously filed a case in this district. ☐ Yes ☑ No

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Description of incident: Verbal assault, simple assault, harassment, family domestic violence, drug use in front of children, mental abuse, racial profile, emotional abuse, discrimination.

On February 08, 2021, my mother, Cathy Bowes, and my 7-year-old niece Brooklyn Bowes attentionally threw water on me, called me a rapist, said I was gay, threatening to make false allegations against me, and verbally assaulted me. Cathy Bowes turned off the electricity in the basement where I was paying her rent. The Nipso electric bill was in my name. I got it switched over to my new address but was left with a bill for around $400.00 dollars.

Cathy Bowes and Brooklyn Bowes said I'm a rapist from being falsely accused of raping Patricia Alexander on June 07, 1999, when I was 14. Patricia told the Phoenix police department that I raped her with a knife to her throat in Pace Elementary school for an hour. I was arrested and charged and then taken to Cook County Juvenile Detention Center for a month before Judge Michael Stuttley dismissed all charges out of the Markham Circuit Court of Cook County. Patricia Alexander was never charged with anything after she wrongfully accused me of Rape. Which still affects my relationship with my mother, family, and friends. The Phoenix Police department is listed in this civil complaint for causing me harm by wrongfully arresting me for Rape. And Patricia Alexander is listed for wrongfully accusing me of Rape causing me emotional distress, depression, stress, family problems, sleep, mental anguish, mental fatigue, and low self-esteem issues that still affect me daily.

Cathy Bowes constantly threatens to make me make false reports on me, saying that she will tell officers I pulled a knife on her. And I whipped my nieces Brooklyn Bowes and Kyra Jones with a belt. I called DCS to investigate my mother for doing drugs and behaving the way she was, but the Department of children's services said that she didn't do anything wrong. I have multiple videos of my mother Cathy Bowes calling me fat bastards, bitches, a rapist, gay, etc.

My brother Delano Bowes got killed in May of 2020. He always told our mother, Cathy Bowes, not to smoke in front of children. I told my mother, Cathy Bowes, and she said she wished that God would've allowed me to get killed instead of my brother. Those were the worst painful words I ever heard in my life. To hear

something like that come from a person that carried you for nine months and that you call mother. It was pretty painful to hear.

I called Porter County Sheriff's Department on my mother after she assaulted me and went on rage, which I have video of her doing. When Porter County Sheriff arrives, Cathy Bowes told her part, and I showed them the video

I was living in a hotel for three months, in the process of getting my own house to gain custody of my children. I learned that she had an electric bill in my name with Nipsco electric & gas company. Cathy Bowes told me that the bill wasn't in my name anymore. Which still is. She told me she wanted me to stop spending money at hotels and return to her house after asking about the electric bill. That is one of the biggest mistakes I made in my life. It was like entering hell again. Kids are throwing stuff at me, continuously disrespecting me, and throwing water on me like I'm a Hebrew-Israelite Judean slave or animal.

Porter county Sheriffs officer Marshall #112 and officer Schafer said that it wasn't against the law for me to be physically, mentally, and verbally abused by Cathy Bowes, my mother, and Brooklyn Bowes, my eight-year-old niece. Cathy Bowes told them that I have mental problems, which is one of the reasons they violated my civil rights by discriminating against me for having an ADHD disability. Porter County Sheriffs W. Marshall #112 and D. Schafer were called back to the house an hour after I called them when Cathy Bowes turned off the electricity to harass me. The Porter County Sheriffs also agreed that Cathy Bowes turned the power off wasn't anything wrong. At that point, I knew that they were discriminating against me for my skin color and me speaking up for my rights. Porter County Sheriffs intentionally allowed my mother, Cathy Bowes, and niece Brooklyn Bowes to assault me. Porter County Sheriffs department intentionally allowed Cathy Bowes to violate Indiana Code Title 35. Criminal Law and Procedure § 35-45-2-1 and IC 31-9-2-42 "Domestic or family violence" laws.

Judges, Indiana department of children's services, and Porter county prosecutors said it was nothing wrong with what she did to me after reviewing videos of everything. I filed a complaint with Detective Wiseman #73, Porter county sheriff officer Marshall #112 officer Schafer and his partner officer, Porter county

superior court Judge Michael Drenth, Porter Superior court Magistrate Mark A. Hardwick, and Porter County prosecutors

I want her to stop harassing me. Threaten to make false allegations against me. They were throwing stuff at me when she gets angry—allowing Kyra and Brooklyn to throw things at me. Smoking weed in front of my children and my nieces. And stop verbally abusing me. The stuff she says out of her mouth is worse than being physically abused. My mother told me that she wishes I were dead instead of my brother killed in May of 2020. I go to counseling for mental and emotional abuse that came from my mother.

I suffered from Emotional distress, Mental anguish, Psychological trauma, Post-traumatic stress disorder, Anxiety or depression, Lost quality of life, Lost enjoyment of life, Grief and loss of consortium, Inconvenience, Humiliation, Loss of opportunities. Porter County Sheriffs and Porter County Superior Court violated my civil rights by discriminating against me for my skin color and nationality of being a Hebrew-Israelite Judean. I would like for Porter County to hire law enforcement officers of color. Porter County Sheriffs are known for being racist and discriminating against people of color. I'm also requesting that they hire female law enforcement officers.

When I reported this incident to Indiana department of children service, they said it was ok for Cathy Bowes to do everything that she did to me. Latesha Miller lied to an government employee about a child investigation. Which is illegal. Latesha Miller lied and said that she has a order of protection against me, which she don't. I have an order of protection against Latesha Miller.

I suffered from Emotional distress, Mental anguish, psychological trauma, post-traumatic stress disorder, Anxiety or depression, Lost quality of life, Lost enjoyment of life, Grief and loss of consortium, Inconvenience, Humiliation, Loss of opportunities. I would like to be compensated for the pain and suffering, and everything that all defendants listed did to me. all defendants did everything knowingly, intentionally, willfully, and maliciously violating my civil rights.

Shehwk B

8/11/21

My name is Shedrick Bowes-Northern. I was falsely accused of rape on June 07, 1999, by Patricia Alexander when I was 14. A Pace Elementary student, Patricia Alexander, said I raped her with a knife to her neck for an hour in Pace Elementary school restroom. Located at E 155th St & 7th Ave, Phoenix, IL 60426, attached to Coolidge middle school at the time. The Dolton police department picked me up from my job at The Dolton Expo center located in Dolton. Dolton police department said that Phoenix police wanted to talk to me. Dolton police transferred me to the Phoenix police department without notifying my parents.

When I arrived at the Phoenix police department, I asked one of the Phoenix Police department officers in lockup to call my parents. The Phoenix police officer told me that I couldn't make any calls to the detective to come in to interview me. When I asked the officer what I was being arrested for, he told me that I'd find all that out when the detective comes in. I was placed in a Phoenix police department holding Jail cell without food or communication with my parents. I asked the Phoenix police department officer if he could call my mother to know where I am and worry about not coming home. He refused to contact her—me being 14, not knowing what was going on or why I was being arrested. I started getting nervous and worrying about my mother, now knowing what was going on with me. I started crying. The officer said, don't cry now. You weren't crying when you did what you did. I was confused because I didn't do anything.

The detective interviewed me without my parents being present and charged me with AGGRAVATED CRIMINAL SEXUAL ASSAULT. The Phoenix police officer watching me kept saying, you did it. You know you did it and kept joking about the alleged rape, saying, you going to the shit house, referring to Cook County Juvenile Detention Center. The detective told the officer that since I'm a minor, I couldn't be in a jail cell, that he had to handcuff me to a chair. I asked the detective could he call my mother; Phoenix police officers told me that I could call my mother when I get to the shit house. The Phoenix police officer repeatedly asked me why I take Patricia Alexander's pussy and why I keep lying about taking it.

Saying you know you took that pussy, that's why you are going to the shit house. Laughing and joking with other Phoenix police department officers. Phoenix police department transported me to Cook County Juvenile Detention Center.

Cook County Juvenile Center staff allowed me to call my mother and stepfather, Marvin Mcferren. I told my mother that I was charged with rape. She started crying, saying that they got the wrong one. My mother knew I wasn't even sexually active at the age of 14.

My stepfather got on the phone and told me to put somebody who works there and then ask me why I haven't called them. I explained to him that the Phoenix police officer wouldn't let me. I started crying, hearing my mother crying in the background. I asked one of the ladies Cook County Juvenile detention center staff members could she get on the phone. She said that my time was up, and she doesn't have any information about anything going on with me. Then she said that I'd be able to make a call when I get upstairs. I was giving a burgundy shirt and some pants. I was in the Cook County department of corrections center for about 30 days or more. While I was in there, I was humiliated, verbally abused, physically abused, emotionally abused, and spiritually abused. Other Cook County Juvenile inmates constantly picked on me, calling me a rapist. I remember one of the staff members name officer Martinez.

My mother and grandmother coming to see me there was embarrassing. The only good thing I got out of the Cook County Juvenile center was learning the Our Father in heaven, may your name be kept holy. May your Kingdom come soon. May your will be done on earth, as it is in heaven. Give us today the food we need, and forgive us our sins, as we have forgiven those who sin against us. And don't let us yield to temptation but rescue us from the evil one.

My mother frequently went to the Phoenix police department and Markham courthouse. They told her year after year that the case didn't exist since I was found not guilty. I grew up with my family abandoning me, beating me, emotionally abusing me, and being humiliated after I was released. I felt like my life had ended from Patricia Alexander lying, saying I raped her with a knife to her throat for an hour at Pace Elementary school. The school restroom she was referring to is right next to the main office. All these defendants left Patricia Alexander, Phoenix police department, Pace elementary school, Cook County state attorney, and Illinois State Board of education. Left a wound in my heart that would be there forever. I forgive her. Not cause of what she did, But because of the power and strength that God gave me to forgive.

The state of Illinois is one of the top states for wrongfully convicting Hebrew-Americans from the tribe of Judah, better known as African Americans. For example, my mentor Rickey Royal was charged with rape when he was 15. The Chicago police department took advantage of Paris Noral's mental health condition. The Chicago police department forced Paris Noral to lie on Rickey Royal. The corrupted Cook County system forced him to plead guilty to a crime he didn't commit to be released from jail. If Cook County Circuit Court thinks that wrongfully accused victims don't suffer from being charged, and it doesn't affect our kids, they are wrong. If Kelley Foxx, Kimm Foxx's husband, was wrongfully accused of sexual assault or rape, I wonder how she would feel.

What if Mary Kathryn Muenster wrongfully accused a black man of rape? Do you think JB Pritzker would've married her? Probably not right. How would he know if she ruined someone's life or not? He wouldn't say because of Illinois corruption covering it up. The point is that the public shall be notified of all criminals that lie on wrongfully accused victims. I see JB Pritzker has been making some changes in-laws. This law is a law that I strongly recommended that would save taxpayers a lot of money and the wrongfully accused the humiliation, pain, and suffering. Proper, Preparation, Prevents, Poor, Performance. The Illinois judicial system could've prevented Rickey Royal, the Dixmoor 5, myself, and 1,000s of others from being wrongfully accused victims. The Cook County prosecutors, Patricia Alexander, Dixmoor police, Illinois State police should've been charged for the crimes they committed by lying and being part of destroying young and old innocent male's lives.

I feel like Patricia Alexander blamed me every time I think about the trauma I went through and suffer from currently. I found her on Facebook to ask her why she would lie on me. I didn't realize how humiliating being accused of rape would affect me.

Patricia Alexander admitted she blamed me cause I teased her on the school bus. Nothing happened to PATRICIA ALEXANDER after she falsely accused me. I want justice. If a man could get charged with rape any given time and it's no time limit, I want her charged for falsely accusing me of rape.

I have been reaching out to people that know her that know. They say that girl has been crazy. Can't nothing take this pain, hurt, humiliation, depression, stress,

emotional distress, defamation of character, and image that Patricia Alexander, Phoenix police department, Cook County state attorneys, Pace elementary school, and Illinois board of education did to me. I need answers. I'm reaching out to the united nations to report this issue. As I was writing this, I cried thinking about how Hebrew-American males are falsely accused of rape frequently. African-Americans are more likely to be wrongfully Convicted than any other nationality of people, even though we are only 13% of America's population. Black people face a disadvantage in the criminal justice system in the U.S. that needs to be changed.

Race wars and riots started from false allegations. Let's start with the Tulsa Massacre. The massacre began during the Memorial Day weekend after 19-year-old Dick Rowland, a Black shoeshiner, was accused of assaulting Sarah Page, the 17-year-old White elevator operator in the nearby Drexel Building. He was taken into custody. After Rowland was arrested, The city of Tulsa spread rumors that he was going to be lynched. A white man named Roy Belton was lynched the previous year for robbing and killing local taxi driver Homer Nida. After a confrontation with the sheriff, he was taken from the county jail by a group of armed men and taken to an isolated area where he was lynched.

On January 1, 1923, 22-year-old Fannie Taylor was heard screaming by a neighbor in Sumner, Florida. The neighbor found Taylor covered in bruises and claiming a Black man had entered the house and assaulted her. The incident was reported to Sheriff Robert Elias Walker, with Taylor specifying that she had not been raped. Fannie Taylor's husband, James Taylor, a foreman at the local mill, escalated the situation by gathering an angry mob of white citizens to hunt down the culprit. He also called for help from white residents in neighboring counties, including a group of about 500 Ku Klux Klan members in Gainesville for a rally. The white mobs prowled the area woods searching for any Black man they might find.

George Junius Stinney Jr. (October 21, 1929 – June 16, 1944), was an African American boy who at the age of 14 was convicted of murdering two white girls, Betty June Binnicker, age 11, and Mary Emma Thames, age 7, in his hometown of Alcolu, South Carolina. In a proceeding later vacated as an unfair trial in 2014, He was executed by electric chair in June 1944, thus becoming the youngest American with an exact birth date confirmed to be sentenced to death and executed in the 20th century. This 14 kid was innocent. He was denied to speak to

his parents until he went to trial. When they murdered him in the electric chair, he was sitting on a Bible crying. George Stinney reminds me of the feeling I felt being accused by a mentally ill girl. Imagine how we feel. The pain of being lied on, humiliated, placed in prisons for something that we never did. What if any of us were your children? How would you feel? Imagine being spit on, hung from a tree, burned, raped, beat, the list goes on. Our ancestors were told to shut up about the pain, humiliation, blood, sweat, tears, and suffering in a country built from 20 Hebrew-Israelite Judeans kidnapped by pirates and bought to a land Every Hebrew-American boy.

Emmett Till, The 14-year-old Chicagoan, The murder of 14-year-old Emmett Till in 1955 brought nationwide attention to Mississippi's racial violence and injustice. While visiting his relatives in Mississippi, Till went to the Bryant store with his cousins and may have whistled at a white woman named Carolyn Bryant. Her husband, Roy Bryant, and brother-in-law, J.W. Milam, kidnapped and brutally murdered Till, dumping his body in the Tallahatchie River. Emmett Till killer said, "I'm no bully." "I never hurt a nigger in my life. But I just decided it was time a few people got put on notice ... 'Chicago boy,' I said, 'I'm tired of them sending your kind down here to stir up trouble, I'm going to make an example of you, just so everybody can know how me and my folks stand.'"

Last but not least, The Dixmoor 5 are five African-American men who, as teenagers in Dixmoor, Illinois, were falsely convicted of the 1991 rape and murder of 14-year-old Cateresa Matthews. At the time of arrest, the defendants, Robert Taylor, Jonathan Barr, James Harden, Robert Lee Veal, and Shainne Sharp, were all between the ages of 14 and 16. In 2011, DNA tests connected semen on Cateresa to another man, Willie Randolph, a felon who had recently been released on parole. Randolph, a convicted sex offender, was later charged on September 1, 2016, for the rape and murder of Cateresa Matthews.[4] A suit filed by the men alleges police withheld exculpatory evidence, including the DNA, from their defense teams.[5] Their convictions were vacated on November 3, 2011, and those remaining incarcerated were released. In 2014, they reached a wrongful conviction settlement with the state of Illinois for $40 million, the largest wrongful conviction settlement in state history. I grew up in Dixmoor, IL. I plan on buying the house that I grew up in. That's one of the things I ask God to fulfill before I leave earth and Passover to eternal life with my Lord. Stories like these

inspired me to have a passion for other innocent victims. Rickey Royal and I have dedicated our time to start a nonprofit organization called "I AM MY BROTHERS KEEP PRISON MINISTRY BOOK CLUB." We send books to inmates that want to educate themselves with knowledge, wisdom, and understanding to change their lives. I plan on donating to this organization and other organizations that help innocent victims of crimes they didn't commit. I asked my counselor about how I was feeling, wishing that I would've committed the rape and if the pain in me would go away. Yeah, that's how deep the pain is. I know forgiveness is the key to healing as I read the bible story about Joseph, one of Jacob's 12 sons, and how he was falsely accused of rape by Potiphar, an Egyptian officer wife, after being purchased from Ishmaelite traders Canaan, better known as Israel. The motherland of the Hebrew-Israelites from the tribe of Judah and Israel. God chose Joseph to Interpret dreams. Pharoah learned that Joseph knew how to interpret dreams. Pharaoh called Joseph out of prison to tell him what his dreams meant after Egypt's magicians and wise men couldn't. Joseph told Pharoah what his dreams meant. Pharaoh appointed Joseph as second in command over Egypt. Joseph married an Egyptian woman named Asenath, where Manasseh and Ephraim are better known as today Puerto Ricans and Cubans Hebrew ancestorial bloodline. Joseph's brothers that sold him to the Ishmaelites, came to Egypt, Africa, after it was no food in the land of Canaan(Israel). Joseph notices his brothers but didn't immediately reveal his identity to them. After a few times, his brothers came to Egypt, he revealed himself to them. Pharaoh said to Joseph, "Tell your brothers, 'This is what you must do: Load your pack animals and hurry back to the land of Canaan. Then get your father and all of your families, and return here to me. I will give you the very best land in Egypt, and you will eat from the best that the land produces. On the way to Egypt, Jacob stopped in another part of Israel called Beersheba. God told Jacob, "I am God, the God of your father," the voice said. "Do not be afraid to go down to Egypt, for there I will make your family into a great nation. 4 I will go with you down to Egypt, and I will bring you back again. You will die in Egypt, but Joseph will be with you to close your eyes." The Israelites came into Africa as free men and women, not slaves. We were put in slavery by the new Pharoah after Joseph and the old Pharoah died. The new Pharoah feared that the Israelites would leave Egypt and join the enemies of Egyptians, so he placed the ancestors of every man listed above this complaint in slavery for 430 years until God used Moses to demand our ancestor's

freedom. This points out that Genesis 15:13-14 was recently fulfilled August 20, 2019, which says Then the Lord said to Abram, "You can be sure that your descendants will be strangers in a foreign land, where they will be oppressed as slaves for 400 years. But I will punish the nation that enslaves them, and in the end, they will come away with great wealth. The first 20 Hebrew-American Judeans arrived in America on slave ships on August 20, 1619, in Point Comfort, Virginia. H.R.1242 - 400 Years of African-American History Commission Act lists the 400 anniversary of Hebrew-Israelites being in America as slaves, which is also is our day of freedom according to Genesis 15:13-14. God put us in slavery for our ancestors worshipping false Gods and idols.

Wait, I can't forget about the youngest ever to be charged with rape Romarr Gipson and the other one who was the youngest in the nation to be charged. Officers Detectives James Cassidy and Allen Nathaniel conspired to arrest them falsely. Cassidy retired from the department last year after a nearly 30-year career. Nathaniel, who joined in 1982, is still working, a police spokesman said.

Phoenix police department caused me direct harm with Malicious intent. They are trying to cover up their misconduct by not allowing me to view files, that's even if they have them. Phoenix police department disregarded laws by questioning me without my parents. Being accused of being a rapist had my family, classmates, and loved ones look at me as I was charged with. Cook County prosecutors should've been able to locate files of arrest and details. But was negligence to do so.

**The bible that all presidents were sworn in on says:**

**Proverbs 31:8-9** Speak up for those who cannot speak for themselves; ensure justice for those being crushed. Yes, speak up for the poor and helpless, and see that they get justice.

**1 John 4:1** Beloved, do not believe every spirit, but test the spirits to see whether they are from God, for many false prophets have gone out into the world.

**Ephesians 6:13** Therefore take up the whole armor of God, that you may be able to withstand in the evil day, and having done all, to stand firm.

**Luke 1:37** For nothing will be impossible with God."

**Jeremiah 29:11** For I know the plans I have for you, declares the Lord, plans for welfare and not for evil, to give you a future and a hope.

**Colossians 3:23-25** Work willingly at whatever you do, as though you were working for the Lord rather than for people. Remember that the Lord will give you an inheritance as your reward, and that the Master you are serving is Christ. But if you do what is wrong, you will be paid back for the wrong you have done. For God has no favorites.

**Philippians 4:13** I can do all things through him who strengthens me.

**John 16:33** I have said these things to you, that in me you may have peace. In the world you will have tribulation. But take heart; I have overcome the world."

**Proverbs 3:5** Trust in the Lord with all your heart, and do not lean on your own understanding.

**John 3:20-21** All who do evil hate the light and refuse to go near it for fear their sins will be exposed. But those who do what is right come to the light so others can see that they are doing what God wants.

**Ecclesiastes 3:16-17** I also noticed that under the sun there is evil in the courtroom. Yes, even the courts of law are corrupt! I said to myself, "In due season God will judge everyone, both good and bad, for all their deeds."

I want to be compensated for pain, suffering, emotional distress, Mental anguish, Psychological trauma, Post-traumatic stress disorder, Anxiety, depression, Lost quality of life, Lost enjoyment of life, Grief and loss of consortium, Inconvenience, Humiliation, and Loss of opportunities. Thank you for hearing this civil rights violation complaint. This is something I never want to relive, but to get over the pain, I have to face and heal from being wrongfully accused. I am requesting that the state of Illinois change laws concerning situations like this one that I experienced. It took many tears to work on this. I hated myself for being wrong. I thought it was my fault that she blamed me for teasing her. I've been through counseling, and I forgive her. But I want justice to be served.

[signature]

8/11/21